D. D. Bell, appellee, v. The Prudential Insurance Company of America, appellant. Gen. No. 37,771.

Opinion filed February 25, 1935.
Hoyne, O'Connor & Rubinkam, for appellant. Jones, Key & Chapman, for appellee; John Wm. Chapman, of counsel.
Mr. Justice Matchett delivered the opinion of the court.

Ena Welch, appellant, v. Thomas A. Walpole, as administrator of the estate of Emma Swigart, deceased, et al., appellees. Gen. No. 37,799.

Opinion filed February 25, 1935. Rehearing denied March 11, 1935.
Charles J. Trainor, for appellant. Werner W. Schroeder, John F. Voight, Whitty & McGah and Thomas A. Walpole, for appellees.
Mr. Justice Matchett delivered the opinion of the court.

Blackstone Shop., Inc., appellant, v. Jessica M. Lasher, appellee. Gen. No. 37,851.

Opinion filed February 25, 1935.
Aaron Soble, for appellant; Irving Goodman, of counsel. John Elliott Byrne, for appellee.
Mr. Justice Matchett delivered the opinion of the court.